UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:16-cr-67-Orl-18GJK

MOSHE BERLIN

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:   None

Dated:   April 14, 2016

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   emily.chang@usdoj.gov