UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:16-cr-67-Orl-18GJK

MOSHE BERLIN

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒   IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

6:16-mj-1162 (complaint)

☐   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated:   April 14, 2016

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   emily.chang@usdoj.gov

**U.S. v. MOSHE BERLIN**  Case No. 6:16-cr-67-Orl-18GJK

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Alisha Marie Scott
    Assistant Federal Defender

    *s/ Emily C. L. Chang*
    EMILY C. L. CHANG
    Assistant United States Attorney
    USA No. 166
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: emily.chang@usdoj.gov