UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:16-cr-67-Orl-18GJK

MOSHE BERLIN

**GOVERNMENT'S NOTICE OF**
**ESTIMATED LENGTH OF TRIAL**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, hereby advises the Court that should this case go to trial, it is estimated that the length will be three days.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: emily.chang@usdoj.gov