UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:16-cr-67-Orl-18GJK

MOSHE BERLIN

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

A. Lee Bentley, III, United States Attorney

Moshe Berlin, defendant

Emily C. L. Chang, Assistant United States Attorney

Federal Bureau of Investigation, Investigative Agency

Katherine Holloway, Special Agent, Federal Bureau of Investigation

Alisha Marie Scott, Assistant Federal Defender

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

K.F.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:   April 14, 2016

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:        emily.chang@usdoj.gov

**U.S. v. MOSHE BERLIN**     Case No. 6:16-cr-67-Orl-18GJK

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  Alisha Maria Scott
  Assistant Federal Defender

  *s/ Emily C. L. Chang*
  EMILY C. L. CHANG
  Assistant United States Attorney
  USA No. 166
  400 W. Washington Street, Suite 3100
  Orlando, Florida 32801
  Telephone:  (407) 648-7500
  Facsimile:  (407) 648-7643
  E-mail:  emily.chang@usdoj.gov